UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GORDON D'ANDRE COHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-234 |
| | ) | |
| CHARLES V. LONCON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed a motion seeking to voluntarily dismiss this case. Doc. 9. Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendants have filed neither an answer nor a motion for summary judgment, his request is **GRANTED**, doc. 9, in part, and this action is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to close this case.

"To the extent Plaintiff's motion also asks for copies of court documents, he is not so entitled." *Cohns v. Georgia*, CV421-106, doc. 21 at 2 (S.D. Ga. Feb. 22, 2022) (citing *Wanninger v. Davenport*, 697 F.2d

992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . .")). Accordingly, his request for the Court to mail him "evidence" is **DENIED**. Doc. 9, in part.

    **SO ORDERED**, this 18th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA