AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GORDON D'ANDRE COHNS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV421-234

CHARLES V. LONCON, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 18, 2022, Plaintiff's motion to dismiss is granted, and this action is dismissed without prejudice. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge

April 18, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Candy Cashell_
(By) Deputy Clerk

GAS Rev 10/2020